IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

    v.      No. 3:25-cr-00010

GUNNER JOSEPH FISHER

**O R D E R**

On January 28, 2025, defendant Gunner Joseph Fisher appeared with counsel, Assistant Federal Public Defender Mary Kathryn Harcombe, to resume the detention hearing that was continued from December 23, 2024. Assistant U.S. Attorneys Zachary Hinkle and Emily Petro appeared for the United States (the "government"). By and through counsel, the defendant waived his rights to proceed with the detention hearing at this time, reserving his right to later move to reopen the detention hearing. The government did not oppose the requested relief, provided the government is permitted to rely on the testimony and other evidence from the December 23, 2024 proceeding. In other words, that the evidence from the December 23 hearing would remain for consideration in any final determination of whether to detain or release the defendant. The defendant, through counsel, agreed to this condition. Any reopened detention hearing will include not only any additional evidence offered by either the government or the defendant but also the prior evidence presented.

The Court confirmed with the defendant on the record his understanding that he will remain in federal custody. The government's motion for detention (Docket No. 13) is therefore **CONDITIONALLY GRANTED** without prejudice and with leave for the defendant to later move to reopen the detention hearing without opposition from the government. The Court accepts the defendant's waiver of his right proceed with the detention hearing with reservation of his right to request to reopen the hearing at a later time, and

**IT IS THEREFORE ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge